1  BENJAMIN B. WAGNER
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            | CASE NO. 1:14-MC-00062-LJO
12 |                    Plaintiff,         | STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A
13 |             v.                         | COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING
14 | APPROXIMATELY $36,950.00 IN U.S. CURRENCY, | FORFEITURE
15 |                    Defendant.         |
16

17         It is hereby stipulated by and between the United States of America and Claimants

18 Dwayne Taylor and RLF Print Ship (hereafter "Claimants"), by and through their

19 respective attorney, as follows:

20         1.   On or about June 12, 2014, Claimant filed a claim, in the administrative

21 forfeiture proceeding, with the United States Postal Inspection Service with respect to the

22 approximately $36,950.00 in U.S. Currency (hereafter "currency"), which was seized on or

23 about March 20, 2014.

24         2.   The United States Postal Inspection Service sent the written notice of intent

25 to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time

26 has expired for any person to file a claim to the currency under 18 U.S.C. § 983(a)(2)(A)-

27 (E), and no person other than the Claimant has filed a claim to the currency as required

28 by law in the administrative forfeiture proceeding.

                                            1

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to November 7, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture shall be extended to November 7, 2014.

Dated: September 9, 2014

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated: September 8, 2014

By: /s/ Randolph Krbechek
RANDOLPH KRBECHEK
Attorney for Claimants Dwayne Taylor and RLF Print Shop
(Original signature retained by attorney)

IT IS SO ORDERED.

Dated: **September 11, 2014**

UNITED STATES MAGISTRATE JUDGE

2